```
 1  Bradley T. Austin (Bar No. 13064)
    Cory L. Braddock (Pro Hac Vice)
 2  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
 3  Las Vegas, Nevada 89169
    Telephone: 702.784.5200
 4  Facsimile: 702.784.5252
    Email: baustin@swlaw.com
 5         cbraddock@swlaw.com

 6  Attorneys for Plaintiff Randall Rush
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Randall Rush,<br><br>    Plaintiff,<br><br>vs.<br><br>Toby Lynn Stoffa Moore; Antiquities of Nevada, Inc. d/b/a Antiquities International, Antiquities Las Vegas, and/or Antiquities,<br><br>    Defendants. | Case No. 2:20-cv-01937-JAD-VCF<br><br>**Stipulation and Order to Stay Proceedings for 120 Days**<br><br>ECF No. 28 |

Plaintiff Randall Rush ("Rush") together with defendants Toby Lynne Stoffa Moore ("Stoffa") and Antiquities of Nevada, Inc. dba Antiquities International, Antiquities Las Vegas, and/or Antiquities ("Antiquities" and with Stoffa, "Defendants"), provide notice that the parties have reached a settlement in the above captioned matter.

As such, the parties jointly request that the Court retain jurisdiction over this matter for the next 120 days to allow the parties to memorialize their agreement, and to work through various issues involving approximately 50 pieces of memorabilia that must be shipped from Canada to Nevada as part of the settlement agreement. The parties further stipulate and jointly move the Court to stay these proceedings for a period of 120 days, which time will facilitate the completion of the foregoing tasks.

///

The parties anticipate that they will file a stipulation to dismiss, with each side to bear their own attorneys' fees and costs, before the stay expires. This stipulation is filed in good faith and not intended to cause delay.

DATED this 1st day of October, 2021.

| SNELL & WILMER L.L.P. | McDONALD CARANO LLP |
|---|---|
| By: /s/ Bradley T. Austin | By: /s/ Amanda M. Perach |
| Bradley T. Austin, Esq.<br>Cory L. Braddock. Esq.<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff Randall Rush* | Amanda M. Perach, Esq.<br>Tara Teegarden, Esq.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 10-5-2021