Amanda M. Perach, Esq. (NSBN 12399)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
aperach@mcdonaldcarano.com
tteegaren@mcdonaldcarano.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL RUSH,<br><br>Plaintiff,<br><br>vs.<br><br>TOBY LYNN STOFFA MOORE; ANTIQUITIES OF NEVADA., INC. D/B/A ANTIQUITIES INTERNATIONAL, ANTIQUITIES LAS VEGAS, AND/OR ANTIQUITIES,<br><br>Defendants. | Case No.: 2:20-cv-01937-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 30 |

Plaintiff Randall Rush ("Rush") and defendants Toby Lynne Stoffa Moore ("Stoffa") and Antiquities of Nevada, Inc., d/b/a Antiquities International, Antiquities Las Vegas, and/or Antiquities ("Antiquities" and with Stoffa, and Rush, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate to dismiss this action in its entirety with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear its/his respective fees and costs.

IT IS SO STIPULATED.

Dated this 9th day of December, 2021.

| SNELL & WILMER L.L.P. | McDONALD CARANO LLP |
|---|---|
| By: */s/ Cory L. Braddock* <br> Bradley T. Austin, Esq. (NSBN 13064) <br> Cory L. Braddock. Esq. (*Pro Hac Vice*) <br> 3883 Howard Hughes Pkwy., Suite 1100 <br> Las Vegas, Nevada 89169 <br> baustin@swlaw.com <br> cbraddock@swlaw.com | By: */s/ Amanda M. Perach* <br> Amanda M. Perach, Esq. (NSBN 12399) <br> Tara U. Teegarden, Esq. (NSBN 15344) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> aperach@mcdonaldcarano.com <br> tteegarden@mcdonaldcarano.com |
| *Attorneys for Plaintiff Randall Rush* | *Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 13, 2021

4811-6972-7449, v. 2